

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00342-CV

Alma **GOMEZ** and Alberto F. Gomez, Individually and as Next Friend of Jorge Elias Gomez, a Deceased Minor, and on Behalf of the Estate of Jorge Elias Gomez, Deceased; and Yolanda Medellin, Individually and as Next Friend of Jesus Medellin,
Appellants

v.

**AMERICAN HONDA MOTOR CO., INC.**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

On June 7, 2016, Appellants filed an unopposed motion to transfer a copy of the clerk's record from appeal number 04-14-00398-CV into the appellate record for this appeal.

Appellants' motion is GRANTED. We direct the clerk of this court to place a copy of the clerk's record from appeal number 04-14-00398-CV into the record for this appeal numbered 04-16-00342-CV.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court